FILED
DEC 0 1 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYCHELL LAKISHA FLETCHER, <br><br> Defendant. | Case No.: 18-CR-4268-DMS <br><br> **ORDER AND JUDGMENT OF DISMISSAL** |

Upon application of the United States Attorney, with no opposition by defense counsel, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed with prejudice as to Defendant RAYCHELL LAKISHA FLETCHER.

IT IS FURTHER ORDERED that the bond previously posted by RAYCHELL LAKISHA FLETCHER shall be exonerated, and any future hearing date shall be vacated.

SO ORDERED.

DATED: December 1, 2020

THE HONORABLE DANA M. SABRAW
United States District Court Judge